IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

CASE NO.: 3:06-bk-2109-GLP

IN RE:

DEAN ROSS and
ANNA ROSS

   Debtors.

FILED
JACKSONVILLE, FLORIDA
APR 29 2008
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Jim Kolowich, by and through his undersigned counsel, and hereby files this Notice of Change of Address. It is requested that all monthly disbursements be made to Jim Kolowich be sent to the following address:

   Jim Kolowich
   2110 Bill Murdock Road
   Marietta, GA 30062

**HEEKIN, MALIN, WENZEL & NEW, P.A.**

By: _____
T. Geoffrey Heekin
Florida Bar No. 328448
P.O. Box 477
Jacksonville, FL 32201
Telephone No.: 904-355-7000
Attorney for Jim Kolowich

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, FL 32201 via United States mail this 28th day of April, 2008.

_____
Attorney